UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY T. MOORE, JR.,

    Plaintiff,

v.

CHARLES GERMAINE, CHRIS LANZANTE,
SHANE COLLINS, and SERGEANT COOK

    Defendants.

Case No. 18-cv-1378-JPG-RJD

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 25) of Magistrate Judge Reona J. Daly recommending that the Court grant the defendants' motion for summary judgment (Doc. 20) on the grounds that plaintiff Anthony T. Moore, Jr. failed to exhaust his administrative remedies before filing suit.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 25);
- **GRANTS** grant the defendants' motion for summary judgment (Doc. 20);
- **DISMISSES** this case **without prejudice**; and
- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: June 18, 2019**

                                                          s/ J. Phil Gilbert
                                                        **J. PHIL GILBERT**
                                                        **DISTRICT JUDGE**