UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY T. MOORE, JR.,

    Plaintiff,

    v.

CHARLES GERMAINE, CHRIS LANZANTE, SHANE COLLINS, and SERGEANT COOK

    Defendants.

Case No. 18-cv-1378-JPG-RJD

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: June 18, 2019**    MARGARET M. ROBERTIE, Clerk of Court

    **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**